## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Kevin Livingston Knisely,                                   Civil No. 08-1125 (PAM/FLN)

                                 Plaintiff,

v.                                                                                   **ORDER**

United States of America,

                                 Defendant.

---

This matter is before the Court on the Report and Recommendation ("R&R") of Magistrate Judge Franklin L. Noel dated February 18, 2010. In the R&R, Magistrate Judge Noel recommended that Defendant's Motion to Dismiss and for Summary Judgment be granted due to Plaintiff's failure to prosecute. Plaintiff has failed to file objections to the R&R in the time period permitted. The Court therefore **ADOPTS** the R&R (Docket No. 73).

Accordingly, **IT IS HEREBY ORDERED** that:

1.    Defendant's Motion to Dismiss and for Summary Judgment is **GRANTED**; and

2.    This matter is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**

Dated: <u>Tuesday, March 9, 2010</u>

                                        <u>s/ Paul A. Magnuson</u>
                                        Paul A. Magnuson
                                        United States District Court Judge